UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUROPHARMA, INC.,<br><br>　　　　　Defendant. | 23-cv-00076-VC<br><br>**JUDGMENT** |

　　　　The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

　　　　**IT IS SO ORDERED.**

Dated:  June 16, 2023

_____

VINCE CHHABRIA
United States District Judge